UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NATHAN ZEISLOFT

          Defendant.

4 : CR 22 96

(Judge )

JUDGE BRANN

FILED
WILLIAMSPORT
MAR 10 2022
PER
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1-5
18 U.S.C. § 922(g)
(Possession of a Firearm by a Felon)

On or about August 22, 2021, in Madison Township, Columbia County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**NATHAN ZEISLOFT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting commerce, to wit:

| Count | Description | Serial Number |
|---|---|---|
| 1 | Mossberg Model 500A 12-gauge shotgun | none |

| 2 | Polymer 80 pistol frame | none |
| 3 | AR15 lower receiver | none |
| 4 | AK47 upper receiver | DA2207 |
| 5 | 6 rounds of 12 gauge ammunition | n/a |

All in violation of Title 18, United States Code, Section 922 (g)(1).

**THE GRAND JURY CHARGES:**

<u>COUNTS 6-12</u>
18 U.S.C. § 922(g)
(Possession of a Firearm by a Felon)

On or about December 21, 2021, in Plymouth Borough, Luzerne County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**NATHAN ZEISLOFT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting commerce, to wit:

2

| Count | Description | Serial Number |
|-------|-------------|---------------|
| 6 | AR-style rifle | none |
| 7 | Polymer 80 9mm pistol | none |
| 8 | Polymer 80 9mm pistol | none |
| 9 | 57 rounds of 9mm ammunition | n/a |
| 10 | 75 rounds of 300 Blackout ammunition | n/a |
| 11 | 2 rounds of .280 Remington ammunition | n/a |
| 12 | 3 rounds of .22 rimfire ammunition | n/a |

All in violation of Title 18, United States Code, Section 922 (g)(1).

**THE GRAND JURY FURTHER CHARGES:**

## <u>COUNT 13</u>
26 U.S.C. §§ 5861(d)
(Possession of a Firearm Which Is Not Registered in the National
Firearms Registration and Transfer Record)

On or about December 21, 2021, in Plymouth Borough, Luzerne

County, Pennsylvania, in the Middle District of Pennsylvania, the

defendant,

**NATHAN ZEISLOFT,**

3

did knowingly receive and possess a firearm, to wit: an AR style rifle, with no serial number, with a barrel length of under sixteen (16) inches which was not registered to him in the National Firearms Registration and Transfer Record and which was required to be registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(c), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

**COUNTS 14-16**
18 U.S.C. § 922(g)
(Possession of a Firearm by a Felon)

On or about December 21, 2021, in Penn Township, Lycoming County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**NATHAN ZEISLOFT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting commerce, to wit:

| Count | Description | Serial Number |
|-------|-------------|---------------|

| 14 | 5.56mm camo rifle | none |
| 15 | 225 rounds of .22 caliber ammunition | n/a |
| 16 | 3 rounds of .223 caliber ammunition | n/a |

All in violation of Title 18, United States Code, Section 922 (g)(1).

**THE GRAND JURY FURTHER ALLEGES:**

<u>FORFEITURE ALLEGATION</u>

The allegations contained in Counts One through Eighteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872, upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), and Title 26, United States Code, Sections 5861(d), 5841, and 5845(d), the defendant,

**NATHAN ZEISLOFT,**

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the firearms described in Counts 1 through 5.

If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

6

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

FOREPERSON

GEOFFREY W. MacARTHUR
Assistant United States Attorney

3 / 10 / 2022
Date