UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00096 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| NATHAN ZEISLOFT, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

MAR 14 2022

PER _____
DEPUTY CLERK

## WAIVER OF RIGHTS AND CONSENT TO PROCEED VIA VIDEO CONFERENCE

I, Nathan Zeisloft, the above-named defendant, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and Federal Rules of Criminal Procedure 5, 11, and 43 and consent to proceed by video conference in this Initial Appearance/Arraignment on Indictment.

Executed this 14th day of March 2022.

_____
Nathan Zeisloft, Defendant

_____
Counsel for Defendant

Date: March 14, 2022

BY THE COURT

_____
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1