UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00096 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| NATHAN ZEISLOFT, | ) | |
| Defendant | ) | |

**FILED**
**WILLIAMSPORT**

MAR 14 2022

PER _CAW_
DEPUTY CLERK

**PLEA**

AND NOW, this 14th day of March 2022, the within named defendant, hereby enters a plea of ___Not guilty___ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)